[No. 5284-1. Division One. June 19, 1978.]

NORTHWEST BONDED MORTGAGE CORPORATION, ET AL, *Respondents,* v. WILLIAM A. AUBREY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 131685, Daniel T. Kershner, J., entered December 2, 1976. *Reversed* by unpublished opinion per Farris, C.J., concurred in by Callow and Dore, JJ.

[No. 5410-1. Division One. June 19, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. VERNON WEAVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78090, Jerome M. Johnson, J., entered January 28, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Callow and Andersen, JJ.

[No. 5664-1. Division One. June 19, 1978.]

THE STATE OF WASHINGTON, *on the Relation of Donovan Schlegel, Respondent,* v. WHATCOM COUNTY DISTRICT COURT, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 52937, Marshall Forrest, J., entered April 8, 1977. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Williams, JJ.